# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| CHARLES WILLIE NOLAN, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-13-1074-HE |
| TRACY MCCOLLUM, Warden, | ) | |
| Respondent. | ) | |

## ORDER

Petitioner Charles Willie Nolan, a state prisoner proceeding *pro se*, filed this action seeking habeas relief. The matter was referred to Magistrate Judge Charles B. Goodman for initial proceedings pursuant to 28 U.S.C. § 636(b) and he has recommended that petitioner's motion for summary judgment be denied.

Neither party objected to the Report and Recommendation, which the court adopts. Accordingly, petitioner's motion for summary judgment [Doc. #6] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 17th day of July, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE